IN the INTEREST OF: B.B., a Minor

1425 MDA 2016

Superior Court of Pennsylvania.

3/2/2017

CP–28–DP–0000064–2014
(Franklin)

Affirmed

COM.

v.

SCHRODER, A.

810 WDA 2016

Superior Court of Pennsylvania.

03/02/2017

CP–25–CR–0002403–2015
CP–25–CR–0003152–2015
(Erie)

Affirmed—Application to Withdraw as Counsel Granted

COM.

v.

DIXON, J.

3141 EDA 2015

Superior Court of Pennsylvania.

03/03/2017

CP–51–CR–0000051–2015
(Philadelphia)

Affirmed

CASPER, D.

v.

HALSTEAD, S.

3714 EDA 2015

Superior Court of Pennsylvania.

03/03/2017

No. 02966 December Term, 2013 (Philadelphia)

Affirmed